UNITED STATES of America, Plaintiff–Appellee,

v.

Rafael Alberto CADENA–SOSA, Defendant–Appellant.

No. 15–10362
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 19, 2015.

Wifredo A. Ferrer, Adam C. McMichael, Kathleen Mary Salyer, U.S. Attorney's Office Miami, FL, for Plaintiff–Appellee.

Michael B. Cohen, Michael B. Cohen, PA, Fort Lauderdale, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Michael B. Cohen, appointed counsel for Rafael Alberto Cadena–Sosa in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cadena–Sosa's convictions and sentences are **AFFIRMED.**